EXHIBIT A

# THE GRANT LAW FIRM, PLLC

Lynda J. Grant
lgrant@grantfirm.com

March 4, 2020

*By Email (privacy-requests@clearview.ai)*
Data Protection Officer
214 West 29th Street, 2nd Floor
New York, NY 10001

Re: *Image and Likeness of Maria Broccolino*

Dear Sir or Madam:

We represent Ms. Maria Broccolino, a resident of Schaumburg, Illinois. A copy of a Special Power of Attorney, authorizing us to send this letter, is enclosed. We have read with interest articles respecting the work of Clearview AI, Inc. ("Clearview"), and more specifically, the creation of its database and its use by third parties.

We are writing to you to confirm that Clearview: (1) has scrapped and/or otherwise obtained the likeness or image of Ms. Broccolino, (2) that it presently maintains her image or likeness, as well as attendant links to information about Ms. Broccolino, in its data base, and (3) that it has made that data base available to third parties.

We note that as a resident of Illinois, Ms. Broccolino is protected by the Illinois Biometric Privacy Act. To the best of our knowledge, Clearview has not taken any steps to comply with that statute.

We look forward to your response and ask that you respond no later than 7 (seven) days from the date of this letter.

Sincerely yours,

Lynda J. Grant

/ljg (encl.)

cc:   Maria Broccolino (by email w/encl.)

## SPECIAL POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that Maria Broccolino ("Broccolino"), does hereby make, constitute, and appoint Lynda J. Grant, Esq. and TheGrantLawFirm, PLLC, 521 Fifth Avenue, 17th Floor, New York, New York 10175 and any person designated by them, to act as true and lawful attorney-in-fact for Broccolino, in all matters regarding obtaining her information from Clearview AI, Inc. or any of its subsidiaries, agents, divisions or affiliates.

The rights, powers, and authority of said attorneys shall remain in full force and effect until Broccolino tenders a written notice of termination.

IN WITNESS HEREOF, I have hereunto set my hand as of February 14, 2020.

_____
Maria Broccolino

_____
Notary Public

My commission Expires: April 17, 2021

> MARY DEHAAN
> Official Seal
> Notary Public – State of Illinois
> My Commission Expires Apr 17, 2021

1