```
Case 1:20-cv-02222-CM   Document 40   Filed 08/18/20   Page 1 of 1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Mario Calderon, et al.,

                Plaintiff(s),

-against-

Clearview AI, Inc., et al.,
                Defendant(s),
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020
```

20 Civ. 1296 (CM) (JLC)
20 Civ. 2222
20 Civ. 3053
20 Civ. 3104
20 Civ. 3481
20 Civ. 3705

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | ___ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | ___ Fairness Hearing |
| X Telephone conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**on Wednesday, September 9, 2020 at 10:30 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: August 18, 2020
       New York, New York

So Ordered

*/s/ Colleen McMahon*

Colleen McMahon, Chief U.S.D.J